# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:24-CV-217-MOC-DCK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE, subscriber assigned IP ) <br> address 75.181.40.37, ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Leave To File Unredacted Versions Of Plaintiff's First Amended Complaint, Proposed Summons And Return of Service Under Seal" (Document No. 10) filed June 24 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion with modification.

The undersigned notes that "there is a presumption under applicable common law and the First Amendment that materials filed in this Court will be filed unsealed." LCvR 6.1. In this instance, the undersigned will allow Plaintiff's proposed sealing for a limited period of time.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Leave To File Unredacted Versions Of Plaintiff's First Amended Complaint, Proposed Summons And Return of Service Under Seal" (Document No. 10) is **GRANTED with modification**. Plaintiff's First Amended Complaint, Summons In A Civil Action, and Proof of Service shall be **SEALED** and remain under **SEAL** until otherwise ordered by the Court.

**IT IS FURTHER ORDERED** that Plaintiff shall file unredacted versions of Plaintiff's First Amended Complaint, Summons In A Civil Action, and Proof Of Service <u>under seal</u> on or before **July 1, 2024**.

**IT IS FURTHER ORDERED** that Plaintiff shall file publicly available <u>redacted</u> versions of its sealed documents on or before **July 1, 2024**.

**IT IS FURTHER ORDERED** that within **thirty (30) days** of service of the First Amended Complaint on Defendant, the parties shall each **SHOW CAUSE** why any document in this case should remain under seal.

**SO ORDERED**.

Signed: June 24, 2024

David C. Keesler
United States Magistrate Judge